UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-23248-CIV-SCOLA/OTAZO-REYES

JULIO BERMUDEZ, *et al.*,

    Plaintiffs,

v.

BOUYGUES CIVIL WORKS FLORIDA, INC.,
a Florida corporation,

    Defendant.

_____/

## ORDER

THIS CAUSE came before the Court upon Defendant Bouygues Civil Works Florida, Inc.'s ("Defendant") Motion for Sanctions and Fees and Costs for Plaintiffs' Failure to Appear at Scheduled Depositions (hereafter, "Motion for Sanctions") [D.E. 35]. This matter was referred to the undersigned pursuant to 28 U.S.C. § 636 by the Honorable Robert N. Scola, Jr., United States District Judge [D.E. 3]. The undersigned held a hearing on this matter on August 5, 2015.

The Motion for Sanctions is directed at Plaintiffs Chris Weinmann ("Weinmann"), Yesis Nieves ("Nieves"), Miguel Carballo ("Carballo"), Steven Barrios ("Barrios"), Roy Junior Peterson ("Peterson"), Jose Espinoza ("Espinoza") and Juan Hernandez ("Hernandez") and is predicated on their non-appearance for their respective depositions. At the hearing, the undersigned found that there was insufficient cause to impose discovery sanctions on Weinmann, Carballo, Barrios, Espinoza and Hernandez and denied the Motion for Sanctions as to these Plaintiffs.

The undersigned found, however, that the imposition of discovery sanctions on Nieves and Peterson is appropriate because the record reflects that they each had notice of their

depositions through Defendants' service of subpoenas on them and that Defendant had no reason not to go forward with the depositions. Therefore, in accordance with the undersigned's rulings at the hearing, it is

ORDERED AND ADJUDGED that the Motion for Sanctions is DENIED as to Weinmann, Carballo, Barrios, Espinoza and Hernandez. It is further

ORDERED AND ADJUDGED that the Motion for Sanctions is GRANTED as to Nieves and a discovery sanction in the amount of $1,709.25 is imposed on him, consisting of the following items, which the undersigned finds reasonable and recoverable: $89.25 for a certificate of non-appearance ("CNA"); $325.00 for service of the subpoena; $100 for a locator fee; $145.00 in copying costs; and $1,050.00 in attorney's fees (3 hours at $350 per hour). It is further

ORDERED AND ADJUDGED that the Motion for Sanctions is GRANTED as to Peterson and a discovery sanction in the amount $1,455.33 is imposed on him, consisting of the following items, which the undersigned finds reasonable and recoverable: $89.25 for a CNA; $125.00 for service of the subpoena; $191.08 in copying costs; and $1,050.00 in attorney's fees (3 hours at $350 per hour).

DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of August, 2015.

                                                    ALICIA M. OTAZO-REYES
                                                    UNITED STATES MAGISTRATE JUDGE

cc:     United States District Judge Robert N. Scola, Jr.
          Counsel of Record